IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

MODERN FONT APPLICATIONS
LLC

     *Plaintiff,*

v.

BJ'S RESTAURANTS, INC.,

     *Defendant.*

CASE NO. 6:18-cv-444
JURY TRIAL REQUESTED

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Parties, pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move

for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with

each party to bear its own costs, expenses and attorneys' fees.

Dated:  March 20, 2019

Respectfully submitted,

*/s/ Perry Clegg*
Perry Clegg (USB 7831)
pclegg@kunzlerlaw.com
KUNZLER, PC
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
(801) 994-4646 (t)
(801) 531-1929 (f)

**ATTORNEY FOR PLAINTIFF MODERN
FONT APPLICATIONS LLC**

/s/ *Darin Klemchuk*
Darin Klemchuk (Lead Counsel)
Texas Bar No. 24002418
darin.klemchuk@klemchuk.com
Kirby Drake
Texas Bar No. 24036502
kirby.drake@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

**ATTORNEYS FOR DEFENDANT
BJ'S RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ *Darin Klemchuk*
Darin Klemchuk